PARKER v. STATE.

(Court of Criminal Appeals of Texas. Jan. 28, 1914.)

CRIMINAL LAW (§ 1090*) — APPEAL — STATEMENT OF FACTS—BILLS OF EXCEPTION.

Where there is no statement of facts or bills of exception, the grounds of a motion for new trial cannot be reviewed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. § 1090.*]

Appeal from Johnson County Court; J. B. Haynes, Judge.

Bike Parker was convicted of crime, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. The statement of facts and bills of exceptions in this case were not filed within the time permitted by law, and no question is presented in the motion for a new trial that we can review, in the absence of a statement of facts and bills of exceptions.

The motion of the Assistant Attorney General to strike out is sustained, and the judgment is affirmed.